**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:16-cv-25131-Williams/Simonton**

VINCENT AGUILAR, individually and on behalf of
all others similarly situated,

      Plaintiff,

v.

BLU PRODUCTS, INC. and ADUPS USA LLC,

      Defendants.
_____/

**JOINT MOTION FOR AN ORDER EXTENDING TIME TO FILE**
**JOINT CONFERENCE REPORT AND JOINT SCHEDULING ORDER**

WHEREAS, pursuant to the Court's order dated March 2, 2017, the parties' joint conference report and joint scheduling order, as required by S.D. Fla. Local Rule 16.1(b), are due on March 23, 2017;

WHEREAS, a related case, captioned *Bonds v. Blu Products, Inc. et al.*, Case No. 1:16-cv-24892-MGC (the "*Bonds* Action"), is currently pending in this Court;

WHEREAS, on March 2, 2017, the plaintiff in the *Bonds* Action and plaintiff Vincent Aguilar filed an unopposed motion to consolidate their related actions for pre-trial purposes (*See* Exhibit A);

WHEREAS, responses to the motion to consolidate were due on March 16, 2017 and no responses have been or will be filed; and

WHEREAS, in anticipation of imminent consolidation of the related actions, the parties agree that the deadline to file a joint conference report and joint scheduling order in the above-captioned action should be extended until April 6, 2017;

THEREFORE, the parties hereby move as follows:

1. Time to file the joint conference report and joint scheduling order shall be adjourned until April 6, 2017.

2. The parties will advise the Court on the status of the motion for consolidation within 2 business days of an order on the motion or by April 6, 2017, whichever is sooner.

3. If the motion for consolidation is denied, the parties will file a joint conference report and joint scheduling order within 7 business days of entry of the order regarding consolidation.

Dated: March 23, 2017

| **THE WILNER FIRM** | **EGOZI & BENNETT, P.A.** |
|---|---|
| /s/ *Richard J. Lantinberg* | /s/ *Bernard L. Egozi* |
| Norwood S. Wilner | Bernard L. Egozi |
| Richard J. Lantinberg | Isaac S. Lew |
| 444 East Duval St., 2nd Floor | 2999 NE 191 Street, Suite 407 |
| Jacksonville, Florida 32202 | Aventura, Florida 33180 |
| Tel.: (904) 446-9817 | Tel.: (305) 931-3000 |
| Fax: (904) 446-9825 | begozi@egozilaw.com |
| nwilner@wilnerfirm.com | ilew@egozilaw.com |
| rlantinberg@wilnerfirm.com | |
| | *Attorneys for Defendant BLU Products, Inc.* |

**LEVI & KORSINSKY LLP**
Lori G. Feldman
Courtney E. Maccarone
30 Broad Street, 24th Floor
New York, New York 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
lfeldman@zlk.com
cmaccarone@zlk.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Janine L. Pollack
Correy A. Kamin
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600

Fax:  (212) 686-0114
pollack@whafh.com
kamin@whafh.com

*Attorneys for Plaintiff*